IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA D. PODSIAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-841-SLR |
| ) | |
| MICHAEL ASTRUE, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

At Wilmington this 31st day of March, 2010, having reviewed the objections to the Report and Recommendation regarding the cross motions for summary judgment issued by Magistrate Judge Leonard P. Stark on February 22, 2010;

IT IS ORDERED that, for the reasons that follow, the court will overrule the objections[1] filed by defendant.

1. When reviewing the decision of a magistrate judge on a dispositive matter, the court conducts a de novo review. 28 U.S.C. 636(b)(1)(B); Fed. R. Civ. P. 72(b)(3). A motion for summary judgment is considered a dispositive matter and, therefore, the findings and conclusions of the magistrate judge in connection with such a motion is reviewed de novo. *Id.* The court may accept, reject, or modify the recommendations of the magistrate judge. The court may also receive further evidence or return the matter

---

[1] Specifically, defendant "objects to the Report and Recommendation because the Magistrate Judge failed to consider the arguments advanced by defendant in his sur-reply which specifically addressed the ALJ's treatment of Dr. Borek's assessment." (D.I. 25)

to the magistrate judge with instructions for proceedings. *Id.*

2. Reviewing the Report and Recommendation of Magistrate Judge Stark de novo, the court concludes that Magistrate Judge Stark did not err in concluding that the ALJ must explain his reasoning for rejecting Dr. Borek's opinions.[2] It is evident that the Magistrate Judge thoughtfully and carefully reviewed the record against the appropriate authority and arguments when crafting his 42-page recommendation. The court agrees with Magistrate Judge Stark's conclusions and fully adopts the rationale set forth in his report and recommendation.

THEREFORE, IT IS FURTHER ORDERED that:

1. Defendant's objections (D.I. 25) to the Report and Recommendation are overruled.

2. The Report and Recommendation regarding the cross-motions for summary judgment and the recommendation for remand are adopted.

United States District Judge

---

[2]As pointed out by Magistrate Judge Stark, plaintiff's RFC may be affected by that explanation and it follows, therefore, that the appropriateness of the ALJ's reliance on the vocational expert's opinion may also be impacted.